RECEIVED
BY MAIL

JAN 02 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

28 December 2019

Subject: Object to Settlement
Larson et al v. Allina Health System et al, No. 17-cv-03835-SRN/SER (D. Minn)

To The Honorable Judge Overseeing this case,

I object with the requested amount for the fees and expenses the attorneys are seeking from the Court. One third (33 1/3%) plus a maximum of fifty thousand ($50,000) for reimbursement of expenses seems excessive.

I am requesting the Court to deny their motion and limit the fees and expenses to less 20%.

As a member of the settlement, it appears there were lapses in the fiduciary duties. Bargaining power to keep retirement management fees reasonable was not utilized. Fidelity has probably made hundreds of millions or more due to this failure.

I have worked full-time for Allina for more then 23 years. I put away money for retirement, I trusted the experts who develop/chose the retirement choices given to me to do their best for all the members. They chose to offer me Fidelity. While I was busy doing my job, I expect others to do theirs also. The fiduciary standard was not utilized here. As an individual I have no negotiating power regarding the management fees Fidelity uses in any of their plans. I do not want to lose MORE money due to excessive lawyer fees and expenses from this settlement.

Please deny their request and significantly limit these fees.

Thank you.

*[signature]*

Patricia P. Hines
3520 Ten Oaks St. S
Cambridge, MN 55008
763.689.1205