UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Judy Larson, Janelle Mausolf, and Karen Reese, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Allina Health System; the Allina Health System Board of Directors; the Allina Health System Retirement Committee; the Allina Health System Chief Administrative Officer; the Allina Health System Chief Human Resources Officer; Clay Ahrens; John I. Allen; Jennifer Alstad; Gary Bhojwani; Barbara Butts-Williams; John R. Church; Laura Gillund; Joseph Goswitz; Greg Heinemann; David Kuplic; Hugh T. Nierengarten; Sahra Noor; Brian Rosenberg; Debbra L. Schoneman; Thomas S. Schreier, Jr.; Abir Sen, Sally J. Smith; Darrell Tukua; Penny Wheeler; Duncan Gallagher; Christine Webster Moore; Kristyn Mullin; Steve Wallner; John T. Knight; and John Does 1–20,<br><br>　　　　　　　　Defendants. | Civil Action No.: 17-3835-SRN-SER<br><br>PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; CERTIFICATION OF SETTLEMENT CLASS; APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL; APPROVAL OF NOTICE TO SETTLEMENT CLASS; AND APPROVAL OF PLAN OF ALLOCATION |

　　　　Plaintiffs Judy Larson, Janelle Mausolf, and Karen Reese (collectively, "Named Plaintiffs"), by and through their undersigned counsel, hereby submit this Motion for Final Approval of Class Action Settlement. Plaintiffs' Motion seeks an Order: (1) approving the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") under FED. R. CIV. P. 23(e); (2) certifying a Settlement Class; (3) appointing Named Plaintiffs as Class

Representatives and Plaintiffs' Counsel as Class Counsel under FED. R. CIV. P. 23(g); (4) finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and (5) approving the Plan of Allocation. In support of this Motion, Plaintiffs state:

1. The Action was originally filed on August 18, 2017. Plaintiffs allege that the Defendants breached their fiduciary duties under ERISA by, among other things, imprudently selecting and maintaining investments in the Allina 401(k) Plan and the Allina 403(b) Plan (collectively, the "Plans").

2. On October 14, 2019, after months of arm's-length negotiation, the Parties entered into the Settlement Agreement.[1] The Settlement includes Defendants creating a $2.425 million Settlement Fund in exchange for releases of the Plaintiffs' and Settlement Class members' claims. As explained in the accompanying memorandum to this motion, the Settlement reached between the Parties here is fair, reasonable and adequate given the nature of the case and the result reached by the Plaintiffs and Class Counsel.

3. On October 16, 2019, Plaintiffs filed an unopposed motion and memorandum for, *inter alia*, Preliminary approval of the Settlement (the "Preliminary Approval Motion"). *See* ECF 94 and 95.

---

[1] The Settlement Agreement was previously submitted as Exhibit 1 to the Declaration of Mark K. Gyandoh in support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement [ECF 96-1]. Undefined capitalized terms herein have the same meaning as in the Settlement Agreement.

2

4. On November 21, 2019, the Court granted the Preliminary Approval Motion. *See* ECF 99 ("Preliminary Approval Order"). In doing so, the Court preliminarily certified the following Class:

> All current and former participants and beneficiaries (excluding *Defendants* and their *Immediate Family Members*) of the Allina Health System ("*Allina*") 403(b) Retirement Savings Plan and the Allina 401(k) Retirement Savings Plan at any time between August 18, 2011 and the date of this Order [November 21, 2019].

5. In its Order, the Court also appointed Kessler Topaz Meltzer & Check LLP, Bailey & Glasser LLP, Izard Kindall & Raabe LLP, and Nichols Kaster, PLLP as Class Counsel, approved the form of Notice to the Class and scheduled a Fairness Hearing for April 16, 2020. *Id.* at ¶¶ 3 and 6.

6. Plaintiffs respectfully submit that the Court should grant final approval to the Settlement under Rule 23. The Settlement Agreement is "fair, adequate and reasonable" under Rule 23(e) and *In re Uponor, Inc.,* 716 F.3d 1057 (8th Cir. 2013), as it provides a substantial benefit to the members of the Settlement Class in the creation of a $2.425 million Settlement Fund, an amount that represents more than thirty percent of the Settlement Class's potential damages. The Settlement Agreement also meets the factors in the recent amendments to Rule 23(e)(2), which instruct courts to consider, among other things, if the class representatives and Class Counsel have adequately represented the Settlement Class and if the Settlement Agreement was negotiated at arm's-length.

7. As this Court previously found in its Order granting the Preliminary Approval

Motion, the Settlement Class meets each element for certification under Rule 23(a) and the requirements of Rule 23(b)(1)(A) and (B). Accordingly, the Court should confirm its certification of the Settlement Class, its appointment of Plaintiffs as Class Representatives, and its appointment of Plaintiffs' counsel as Class Counsel.

8. The Court should also find that Notice was given to the Class in accordance with Paragraph 7 of the Preliminary Approval Order. As set forth in the accompanying declaration from Jennifer M. Keough, on behalf of the Settlement/Notice Administrator, JND Legal Administration LLC ("JND Declaration") (attached as Exhibit G to the Declaration of Mark K. Gyandoh), JND mailed the Notice to 69,558 Settlement Class members. JND Declaration at 5.

9. In addition to the JND Declaration, in further support of this Motion, Plaintiffs submit to the Court a memorandum of law and the attached declarations of Mark K. Gyandoh, Donna Sigel Moffa, Mark Boyko, Mark P. Kindall, and Kai Richter.

WHEREFORE, Plaintiffs request the Court:

    A. Grant final approval to the Settlement Agreement under Rule 23(e) of the Federal Rules of Civil Procedure;

    B. Certify the Settlement Class and appoint Judy Larson, Janelle Mausolf, and Karen Reese as Class Representatives and appoint Kessler Topaz Meltzer & Check LLP, Bailey & Glasser LLP, Izard Kindall & Raabe LLP, and Nichols Kaster, PLLP as Class Counsel;

    C. Approve the Class Notice that was sent to Settlement Class members; and

    D. Approve the Plan of Allocation.

Attached hereto for the Court's convenience is the proposed Judgment Approving Class Action Settlement.

Dated: March 10, 2020                                Respectfully submitted,

                                                                   **CAPOZZI ADLER, P.C.**

                                               By: *s/ Mark K. Gyandoh*
                                              Mark K. Gyandoh (admitted *pro hac vice*)
                                              312 Old Lancaster Road
                                              Merion Station, PA 19066
                                              Tel: (610) 890-0200
                                              Email: markg@capozziadler.com

                                              *Plaintiffs' Counsel*

                                              **KESSLER TOPAZ MELTZER**
                                              **& CHECK, LLP**
                                              Donna Siegel Moffa (admitted *pro hac vice*)
                                              280 King of Prussia Road
                                              Radnor, PA 19087
                                              Tel: (610) 667-7706
                                              Fax: (610) 667-7056
                                              Email: dmoffa@ktmc.com

                                              **BAILEY GLASSER LLP**
                                              Gregory Y. Porter
                                              (admitted *pro hac vice*)
                                              Mark G. Boyko
                                              (admitted *pro hac vice*)
                                              8012 Bonhomme Avenue, Suite 300
                                              Clayton, MO 63105
                                              Telephone: (314) 863-5446
                                              Facsimile: (314) 863-5483
                                              gporter@baileyglasser.com
                                              mboyko@baileyglasser.com

                                              **IZARD KINDALL & RAABE LLP**
                                              Robert A. Izard
                                              (admitted *pro hac vice*)
                                              Mark P. Kindall

(admitted *pro hac vice*)
Douglas Needham
(admitted *pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@ikrlaw.com
mkindall@ikrlaw.com
dneedham@ikrlaw.com

**NICHOLS KASTER PLLP**
Kai H. Richter, MN Bar No. 0296545
Carl F. Engstrom, MN Bar No. 0396298
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone:  (612) 256-3200
Facsimile:  (612) 338-4878
krichter@nka.com
cengstrom@nka.com

*Class Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of March 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which will send a notification to all counsel of record in this Action.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh
