# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Judy Larson, et al., | **COURT MINUTES** |
| | BEFORE: Hon. Susan Richard Nelson, |
| | United States District Judge |
| Plaintiffs, | |
| | Case No.: 17cr3835 (SRN/TNL) |
| v. | Date: May 22, 2020 |
| | Court Reporter: Carla Bebault |
| Allina Health System, et al., | Courthouse: St. Paul |
| | Courtroom: Teleconference |
| | Time in Court: 9:33 – 9:52 a.m. |
| Defendants. | Total Time: 19 Minutes |

**APPEARANCES:**

    For Plaintiff:     Mark Gyandoh, Kai Richter, and Mark Kindall

    For Defendant:     Andrew J. Holly and Nicholas J. Bullard

**PROCEEDINGS:**

Hearing held on:
- MOTION for Approval of Settlement, Certification Of Settlement Class; Appointment Of Class Representatives And Class Counsel; Approval Of Notice To Settlement Class; And Approval Of Plan of Allocation [Doc. No. 116]; and
- MOTION for Attorney Fees, Expenses and Case Contribution Awards for the Class Representatives [Doc. No. 117].

Objector Dr. Randall Johnson makes a statement.
The motions are granted. Written order(s) to follow.

s/S.DelMonte<br>
Courtroom Deputy